# Milloy and May Psychological Services

| | |
|---|---|
| Date: | May 7th 2023 |
| Subject: | Records release |
| From: | Abbey May, L.P.C. |
| Company: | Milloy and May Psychological Services |
| To: | Heather Bardot, Esquire |
| Company: | McGavin, Boyce, Bardot, Thorsen & Katz, P.C. |

Included are the records for Denise Randles from 04/26/21-5/7/23.

## HERNDON POLICE DEPARTMENT
## MILLOY & MAY PSYCHOLOGICAL SERVICES

## Psychotherapy Note

**Client Name:** ___Denise Randles_____     **Date**: _4/26/2021___

**Summary:** Referred by Dr. Milloy after Wellness Check for counseling services. Presenting issue is EEOC complaint the client filed regarding sexual harassment/retaliation in the Herndon Police Department. Client reports she had an affair with (Steve) a colleague in the Herndon PD 2006-2007 and ended it. He continued to want a relationship and harassed her coming into her office with an erection and approaching her at the gym. It got worse when she took a position in crime prevention in 2013. He was then assigned there and became her supervisor. One time he reportedly caught her by herself and said, "You know how two people keep a secret?" "One of them is dead." She felt very threatened by this. She thought about it everyday going into work and going home. When she filed the EEOC complaint and came forward he resigned. He lives in Alexandria and she has not heard from him. She reports she thought she was going to get fired because he had filed 6 I.A. investigations against her in a 9 month period. She feels betrayed by the department because she believes some senior leadership knew about the harassment but did nothing. She reports the Chief even told him to stay out of her office. She has an attorney and the Town of Herndon hired an outside attorney and is putting together a position paper. She has no current I.A. investigations against her they were all closed in 2012. One of the I.A.s against her was turning off her body camera prior to a vehicle driving off after a traffic stop. She acknowledges that she was really struggling functioning at work during the height of the harassment when he was her supervisor.

She reports depressed mood, crying episodes, weight gain and increased sleeping. No evidence of suicidal ideation. Client is divorced, has a bf and two sons ages 15 and 17. Reports current relationship is supportive. No history of any mental health diagnoses. Denies trauma history other than incidents with alleged harassment at work. Denies traumatic incidents patrol calls that she has had difficulty recovering from. Did complete 5 EAP sessions which she reported was helpful. She has been with the Herndon PD for 21 years. Just recently got a part-time job doing FDA inspections. She is looking to get out of the department and police work. Did LEO 10 months prior to starting in Herndon for Loudoun PD. She feels guilty about a friend and supervisor in the dept that helped her file the complaint and she believes that they were moved as a punishment/retaliation. She feels all of this caused some drastic changes in her behavior. She didn't feel efficient at work, couldn't concentrate, not efficient at home, lack of pleasure in doing things. Since going to EAP she has been exercising and eating better. She was in a supervisor position 2007-2008 but took a crime prevention position because it was better for her

NOTE: This psychotherapy note is afforded special protection under federal and state law. Court orders or subpoenas granting access to mental health records do not grant access to these notes unless specified. Viewing these without specific permission may be a criminal offense. (42 USC; Virginia § 32.1-127.1:03)

family. No medical issues, denies taking any medications. Tearful during interview and nervous about revealing information. Interested in continuing counseling. Reviewed the limits of confidentiality and informed consent. She will sign them and send them back. Scheduled f/u appt for May 10th at 9pm.

NOTE: This psychotherapy note is afforded special protection under federal and state law. Court orders or subpoenas granting access to mental health records do not grant access to these notes unless specified. Viewing these without specific permission may be a criminal offense. (42 USC; Virginia § 32.1-127.1:03)

**TOWN6328**

**HERNDON POLICE DEPARTMENT**
**MILLOY & MAY PSYCHOLOGICAL SERVICES**

## Psychotherapy Note

**Client Name:** ___Denise Randles___   **Date:** 5/14/2021

**Summary:** Client rescheduled appt to 5/14/21. Follow up session with client. She reports when she is busy she doesn't think about what happened and is able to focus at work. She is angry that she didn't stand up for herself sooner. She was afraid he(harraser) was going to do something to her. She reports was always in her presence to monitor her. She feels exhausted by it all. Denies any suicidal ideation. Future oriented. No past history of suicidal ideation. Feels fake around the dept, has to go out of her way to "prove herself" because she has filed this complaint. Feels like she has to re-establish her character. The Town of Herndon hired an outside attorney and she is waiting for a response to her position paper. She filed a complaint finally because of all of the IA complaints against her and was afraid she was going to lose her job. The Town of Herndon filed a standard response back that there was no harassment or sexual discrimination. An EEOC investigator has been assigned. Client doesn't talk about the status with of this with anyone. Client has some colleagues at work that know and helped her file the complaint but she does not really discuss it with them now. Client is very tearful during the session. She reports taking melatonin to sleep at might and sleeps 7-8 hour but naps for 3 hours on weekend sometimes. Has been exercising again more recently walking/running and riding a bike. Feels more irritable and snaps at the kids. She worries about how people at work perceive her. She doesn't want to leave the job on this note but doesn't feel like she can stay. Feels like command staff knew and allowed it to happen. She wants it acknowledged and the dept to recognize there is an issue there. She feels she will need to leave the department for her wellbeing. Started her FDA job and it is going well.

Normalized her feelings. Discussed article that I sent to her about sexual harassment and common reactions. Encouraged her to talk to her support system. Focus on what she knows to be true about her history as a law enforcement officer. Focus on self-care (exercise, sleep, nutrition).

Diagnostic impression is Adjustment Disorder with depressed mood due to stressors related to EEOC complaint, alleged harassment, and perceptions of those in the department. Plan to decrease depression and anxiety through supportive counseling and processing feeling regarding alleged harassment, breathing and grounding techniques, cognitive behavioral therapy techniques regarding negative thinking and guilt.

Follow up 5/27/21.

NOTE: This psychotherapy note is afforded special protection under federal and state law. Court orders or subpoenas granting access to mental health records do not grant access to these notes unless specified. Viewing these without specific permission may be a criminal offense. (42 USC; Virginia § 32.1-127.1:03)

**TOWN6329**

**HERNDON POLICE DEPARTMENT**
**MILLOY & MAY PSYCHOLOGICAL SERVICES**

## Psychotherapy Note

**Client Name:** _____Denise Randles_____          **Date:** _6/7/2021_

**Summary:** Client reports that she has to move in August as the landlord is selling the house which is an added stressor. Reports not thinking as much about the harassment case. However, the Chief came to provide Ethics training and singled her out as an example of officers having "different" morals. This really bothered her and she felt embarrassed and purposefully singled out by the Chief. She reports that she felt out of control right afterwards and wanted to scream and cry. She really doesn't like feeling like that. She reports feeling distracted at home. She has been exercising some- walking and running on the treadmill. She is still waiting to hear a response from the Town of Herndon regarding the position paper. She did not have a positive experience with FOP attorney and has hired her own attorney. Discussed guilt over what happened and her belief that she should have been "smarter" back then. Discussed breathing exercises and how to manage if she feels out of control. Discussed concerns about others perceptions of her and how to refocus her thinking. Follow up 7/12/21.

NOTE: This psychotherapy note is afforded special protection under federal and state law. Court orders or subpoenas granting access to mental health records do not grant access to these notes unless specified. Viewing these without specific permission may be a criminal offense. (42 USC; Virginia § 32.1-127.1:03)

**TOWN6330**

# HERNDON POLICE DEPARTMENT
## MILLOY & MAY PSYCHOLOGICAL SERVICES

## Psychotherapy Note

**Client Name:** ___Denise Randles___   **Date:** __7/12/2021__

**Summary:** Client is now on day work doing 12 hour shifts as of 2 weeks ago due to staff shortages. She has anxiety about the transfer and that she was intentionally being moved to monitor her. Still has not received the position paper for the harassment case. Tries to stop herself from thinking about it. Shared about another female officer who was scared from an incident that occurred during a traffic stop. She felt like that officer did get support from the department and she did not. They treated this other officer with care. Discussed her frustration over how she feels she was treated differently. She is moving in August to a better house/location. Her sons are a senior and sophomore in H.S. She feels guilt about her son who is a sophomore failing some classes. X husband lives nearby and is involved in their son's lives. She is excited about a vacation to Disney they will be taking in March 2022. Discussed how to manage anxiety when she is at work. Mantra of 3 positive things on her way into work and breathing exercises. Discussed avoidance and how that can perpetuate the anxiety. She will work on not avoiding the station. Mood is a bit depressed, affect is tearful. No risk issues. F/u 7-26-21.



NOTE: This psychotherapy note is afforded special protection under federal and state law. Court orders or subpoenas granting access to mental health records do not grant access to these notes unless specified. Viewing these without specific permission may be a criminal offense. (42 USC; Virginia § 32.1-127.1:03)

**TOWN6331**

**HERNDON POLICE DEPARTMENT**
**MILLOY & MAY PSYCHOLOGICAL SERVICES**

## Psychotherapy Note

**Client Name:** ___Denise Randles___  **Date:** __8/16/21__

**Summary:** Client reached out for a session after canceling appt on 7/26/21. She reports having to respond to position paper regarding her EEOC complaint. She had 7 days to respond and complete it last night. She reports it was stressful to relive it all over again. They accused her of misinterpreting things and that she didn't want to go back to the street so she filed this claim. An investigator has been assigned so they could settle or do the investigation. She reports the Chief ignored her recently when she saw her in the parking lot. She reports she recently moved and likes her new place but is not yet unpacked. Has been irritable and exhausted, and trouble sleeping last night. We discussed re-starting her yoga tapes to help manage stress. She did walk through lunch room at the station in an effort to not avoid the station to work through her anxiety. She reports that she was able to do this and it wasn't as difficult as she thought it would be which was helpful. Will continue to try to do this to assist in not avoiding to work through anxiety with facing people at the station. This helped her feel like she has a sense of control. Feels some relief that she got the response done to the position paper. Follow up 8/30/21.

NOTE: This psychotherapy note is afforded special protection under federal and state law. Court orders or subpoenas granting access to mental health records do not grant access to these notes unless specified. Viewing these without specific permission may be a criminal offense. (42 USC; Virginia § 32.1-127.1:03)

**TOWN6332**

## HERNDON POLICE DEPARTMENT
## MILLOY & MAY PSYCHOLOGICAL SERVICES

## Psychotherapy Note

**Client Name:** Denise Randles  **Date:** 8/30/21

**Summary:** Client is settled in at her new place. Feels a lot of guilt because her friend JJ is under criminal investigation for time fraud. She believes it has something to do with her. She was served with an I.A. a couple of days ago for not writing a report related to a scam call. She says it was unlike her but she thought it was a scam call but the next day someone came in with a gun. She reports that anything she does goes to the Captain. She feels like her work is under scrutiny. She is very concerned about her friend JJ. She is helping him get an attorney. She is tearful and feels guilty and responsible for the issues with JJ. Tried to reassure her that her friend JJ made his own decision regarding assisting her with her complaint and she doesn't know for sure that the issues with JJ have anything to do with her complaint. She feels like she zones out at work at times but is able to focus when there is a call. She reports seeing other people hounded at the end of their careers driving them out of the department. She reports 22 people have left in a year. She went to a call recently with multiple stab wounds. She denies last impact from this traumatic incident. However, she reports she woke up once recently feeling like she couldn't breathe. Discussed techniques to reduce anxiety, breathing exercises, and grounding techniques. F/u 9/13/21. Client canceled due to scheduling conflicts with son's schedule.

NOTE: This psychotherapy note is afforded special protection under federal and state law. Court orders or subpoenas granting access to mental health records do not grant access to these notes unless specified. Viewing these without specific permission may be a criminal offense. (42 USC; Virginia § 32.1-127.1:03)

**TOWN6333**

## HERNDON POLICE DEPARTMENT
## MILLOY & MAY PSYCHOLOGICAL SERVICES

## Psychotherapy Note

**Client Name:** Denise Randles

**Date:** 10/21/21

**Summary:** Client presents very happy, well groomed, mood appears improved. She reports EEOC issued a response with the "right to sue." She feels validated with the outcome. Some evidence was founded and she can file suit against the town. She reports recently being served with an I.A. after reviewing her body camera footage they said she should have filed some reports. She acknowledges that she is not perfect but does her best and would not let anyone get hurt. She reports her attorney may want to talk to me and she will sign a release. She has been focusing on what she can control which is herself. Her friend JJ is still out on admin leave under investigation and Brian Hamilton her previous supervisor was placed on midnights which she thinks might have something to do with him supporting her. She acknowledges that this might just be in her head. She has been focusing on only being responsible for herself. She feels a great sense of relief that the EEOC complaint is done and a sense of empowerment. She reported that she has obtained another job at a security company training other security officers. She also has an interview coming up at the American Correctional Association for an accreditation specialist position. She feels like the department is a toxic environment for her and needs to move on. Has some episodes of irritability but uses self talk to help herself feel better. Forces herself to shower and get moving during the day. Started taking some vitamins to lift her mood and focus. Shared some positive memories about recent trip to Dallas with her sons. Mood is improved, some tearful affect but less labile. Sleep is improved. Appears to be relieved with decision to leave the department. No risk issues. F/u 11/4/21.

NOTE: This psychotherapy note is afforded special protection under federal and state law. Court orders or subpoenas granting access to mental health records do not grant access to these notes unless specified. Viewing these without specific permission may be a criminal offense. (42 USC; Virginia § 32.1-127.1:03)

TOWN6334

# HERNDON POLICE DEPARTMENT
## MILLOY & MAY PSYCHOLOGICAL SERVICES

## Psychotherapy Note

**Client Name:** ___Denise Randles___    **Date:** __10/26/21__

**Summary:** Received text message from client on 10/25/21 that she was relieved of duty after being served with an I.A. related to a stolen auto report. She is ok but would like to meet with me tomorrow. Met with client on 10/26/21. She reports her supervisor called her into the station. They served her with an IA for not submitting reports and for performance. She reports they state she did not notify her supervisor and CIS of stolen auto incident. She reports she did and still does not understand why she is being investigated or relieved of duty. She reports she had to turn over her badge, gun, tazor, and was escorted to her locker to get her things. She didn't realize how attached she was to gun and badge. She reported that she kept her composure and did not get upset during being escorted out of the building. She plans to submit her resignation on Friday. She reports she went through the call history and knows that others do not always write reports either. She believes this is all about power and control and that they are retaliating against her. She is not allowed at the station and had to give up her work phone. She reports she didn't sleep well last night. She knows she is not perfect as an officer but does not believe this is warranted. She believes this is because she stuck up for herself and that if she hadn't none of this would have happened. She doesn't regret sticking up for herself though and still believes it was the right thing to do even though it has been so difficult. She is eligible for retirement but is concerned that they are trying to fire her before she can retire. She plans to sue the Town of Herndon. She believes filing this complaint has brought up all of the feelings about this incident and the embarrassment of other knowing about this complaint has cause her to have difficulty focusing at work. She gets frustrated more easily. She tries to keep a to-do list of things she needs to do at work but by the end of her shift she just wants to go home. She reports being less distracted than she was in the past while at work. She decided to tell her boys last night about what is going on and that she plans to resign as a police officer. They took it pretty well. She already feels less stress with making this decision and no longer has to evaluate her every move at work. Feels relief at not having to prepare herself everyday to go to work. Reports a decrease in her anxiety level, feels calm. No risk issues. A bit tearful when talking leaving the department. Normalized her feelings of loss of leaving and that she would likely grieve the loss after 21 years in the department and this not being the way she wanted to leave. Discussed what information she would like me to share with her attorney and offered to write a treatment summary if that would be helpful. She will consult with her attorney and I will send her a release. Discussed diagnosis of adjustment d/o that will be indicated in treatment records and that I

NOTE: This psychotherapy note is afforded special protection under federal and state law. Court orders or subpoenas granting access to mental health records do not grant access to these notes unless specified. Viewing these without specific permission may be a criminal offense. (42 USC; Virginia § 32.1-127.1:03)

**TOWN6335**

would like to review the records with her before they go to her attorney and discuss any questions she has.

10-28-21 Client sends text message with exchange between she and her attorney regarding records. Her attorney would like all of my records. Sent client the release via email and that I would like to review the records with her.

10-29-21 Client returned the signed release for her attorney Mary Ann Kelly. Received vm message from Mary Ann Kelly. Returned her call and she reported that she needs access to the whole record. I will mail the records.

NOTE: This psychotherapy note is afforded special protection under federal and state law. Court orders or subpoenas granting access to mental health records do not grant access to these notes unless specified. Viewing these without specific permission may be a criminal offense. (42 USC; Virginia § 32.1-127.1:03)

TOWN6336

HERNDON POLICE DEPARTMENT
MILLOY & MAY PSYCHOLOGICAL SERVICES

## Psychotherapy Note

**Client Name:** _Denise Randles_  **Date:** _11/1/21_

**Summary:** Copies of records made and will be mailed 11/2/21 to the Law Office of Mary Ann Kelly 3977 Chain Bridge Rd. Suite 300 Fairfax Va 22030. Texted the client to offer to review with her first but she agreed the records could be sent straight to the attorney. She texted that she had submitted her retirement letter to the department today. Records sent from 4/26/-10/29/21.

NOTE: This psychotherapy note is afforded special protection under federal and state law. Court orders or subpoenas granting access to mental health records do not grant access to these notes unless specified. Viewing these without specific permission may be a criminal offense. (42 USC; Virginia § 32.1-127.1:03)

**TOWN6337**

# HERNDON POLICE DEPARTMENT
## MILLOY & MAY PSYCHOLOGICAL SERVICES

## Psychotherapy Note

**Client Name:** Denise Randles

**Date:** 11/4/21

**Summary:** Retirement letter was submitted and reviewed by the Chief and accepted. They are not giving her a retirement badge or allowing her to buy back her gun which she is upset about and plans to fight with her attorney. It's not clear if she is eligible for the Virginia Retirement System. She is supposed to start her security job on 12/6/21. Has a second interview for a correctional officer position. She reports she is getting things done, exercising and eating better. Plans to file a lawsuit in 90 days. Bf has been supportive. She plans on focusing on getting her house back in order and spending time with her boys. Upset because they threw away her friend's work bag which had her daughter's notebook in it. She wants the department to recognize the harassment and to have training. Mood is improved. Grieving the loss of the position but future oriented. Follow up 11/18/21.

11/18/21. Client canceled appointment.

NOTE: This psychotherapy note is afforded special protection under federal and state law. Court orders or subpoenas granting access to mental health records do not grant access to these notes unless specified. Viewing these without specific permission may be a criminal offense. (42 USC; Virginia § 32.1-127.1:03)

TOWN6338

**HERNDON POLICE DEPARTMENT**
**MILLOY & MAY PSYCHOLOGICAL SERVICES**

## Psychotherapy Note

**Client Name:** ___Denise Randles___    **Date:** __2/2/22__

**Summary:** Client reports feeling good. She has been working as a fire are instructor at an NRA school. She is able to work from home a couple of days per week and really likes the flexibility. She lashed out at bf one night when she was intoxicated and realized that she had let her stress and anxiety over the whole situation with Herndon PD build inside her. She reported that she has isolated herself and tried to acknowledge how she is feeling. She and her bf didn't talk for a month but have now worked things out. She denies drinking too much on a regular base. She reports that her attorney wants her to put her I.A. issues in chronological order but she has been avoiding doing that. She did file a law suit against the Town of Herndon regarding the sexual harassment. She is focused now on learning her new job. She reports sleeping ok. She does ruminate some over whether or not she should have ever said anything about the harassment. Discussed thought stopping and methods for distraction from ruminating thoughts. She enjoys watching Southpark and looking at Pintrest. She is going to Disney world in a month which she is excited about with her family. Herndon has not yet been served with the lawsuit. She reports they filed another EEOC charge because of how she was treated when she left the department. The lawsuit may go Federal. Client acknowledged not reaching out for help and trying to deal with things on her own but understand that talk therapy is useful to assist in processing her feelings.

NOTE: This psychotherapy note is afforded special protection under federal and state law. Court orders or subpoenas granting access to mental health records do not grant access to these notes unless specified. Viewing these without specific permission may be a criminal offense. (42 USC; Virginia § 32.1-127.1:03)

**TOWN6339**

# HERNDON POLICE DEPARTMENT
## MILLOY & MAY PSYCHOLOGICAL SERVICES

## Psychotherapy Note

**Client Name:** Denise Randles

**Date:** 3/1/22

**Summary:** Client reports this past week having the anniversary of her Dad's death. She reported that she had some insight about why she decided to speak up about the harassment. She believes that after her Dad died in 2018 that she decided she needed to be honest with herself and stand up for herself. This insight has helped her to better understand why she chose to speak up and feel more calm and at peace with it rather than continuing to question herself. Her Dad died from a heart attack after struggling with cancer and she was very close to him. She feels less stressed and not worrying as much since this insight. She did remember during this week that her harasser (Steve) came to her Dad's wake which was an angry memory. Discussed losses and how they are cumulative and often connect. Also discussed how making meaning of these losses can help us process them and move through them. Discussed writing in her journal the insights that she has gained so she can reflect on them and hold on to them in times of vulnerability. She has also started exercising M,W,F at 5:15 am at Planet Fitness and feels good about that. Got Botox in her face for her trip as a self care treat. Leaves on Sunday for a trip to Florida with her boys, sister, mom and niece. Mood is improved. Follow up 3/22/22.

12/9/22 Received vm from client's attorney asking for the rest of the medical record.

12/12/22 Returned attorney's call and let her know release expired and that I would reach out to the client for a new release. Sent client email letting her know I had been contacted by attorney for the records and that I needed an updated release if she wanted me to send them. Client asked if I opened up a private practice in the future to let her know. Let the client know I did not have a practice at this time but could provide her referrals to other providers if she'd like.

12/15/22 Client sent updated release.

12/19/22. Will mail records 11/4/21-3/1/22.

1/17/23 Received phone call from attorney that she cannot locate records that were sent previously on 11/1/21 and request the entire record to be sent again. To be mailed on 1/23/23.

4/28/23 Received phone call from Town of Herndon attorney Heather Bardot regarding obtaining copies of my records records. Let her know I had not received a subpoena naming me for the records and I needed a court order to release them. She stated that the practice was subpoenaed and asked me if

**NOTE:** This psychotherapy note is afforded special protection under federal and state law. Court orders or subpoenas granting access to mental health records do not grant access to these notes unless specified. Viewing these without specific permission may be a criminal offense. (42 USC; Virginia § 32.1-127.1:03)

**TOWN6340**

there were any records. I let her know there were records. Contacted the client to see if she would like me to release the records to the Town Attorney. She said she would like to consult with her attorney and would call me back. She called back to report her attorney advised there was a hearing on this matter next week and that they had submitted the records in discovery and to wait for her attorney to contact me next week.

5/7/23 Received an email copy of a court order sent to Dr. Jill Milloy for our practice regarding sending records after a hearing on May 5th. Records must be sent by May 15th and will be mailed on May 8th 2023 to Heather Bardot, Attorney at Law, 9990 Fairfax Boulevard, Suite 400, Fairfax Virginia 22030.

NOTE: This psychotherapy note is afforded special protection under federal and state law. Court orders or subpoenas granting access to mental health records do not grant access to these notes unless specified. Viewing these without specific permission may be a criminal offense. (42 USC; Virginia § 32.1-127.1:03)

**TOWN6341**