# IN IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

| | |
|---|---|
| DENISE RANDLES, ) | |
| Plaintiff, ) | |
| v. ) | C.A. No. 1:23cv00142 (AJT/JFA) |
| THE TOWN OF HERDON ) | |
| Defendant. ) | |

**PLAINTIFF'S DISPUTED JURY INSTRUCTIONS[1]**

October 11, 2023                                   Respectfully submitted,

_____/S/_____
Mary Ann Kelly, Esq. VSB #32786
The Law Office of Mary Ann Kelly
3977 Chain Bridge Road, Suite 300
Fairfax, Virginia 22030
Phone  (703) 865-5032
makelly@kelly-firm.com

Carla D. Brown, VSB #44803
Charlson Bredehoft Cohen
 Brown & Nadelhaft, P.C.
11260 Roger Bacon Drive, Suite 20
Reston, Virginia 20190
(703) 318-6800 Telephone
cbrown@cbcblaw.com

*Counsel for Plaintiff, Denise Randles*

---

[1] The parties are continuing to confer

I hereby certify on the 11th day of October 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send a notification of such filing to the following:

>Heather K. Bardot, Esq
>Anna Zick, Esq.
>McGAVIN, BOYCE, BARDOT
> THORSEN & KATZ, P.C.
>9990 Fairfax Boulevard, Suite 400
>Fairfax, Virginia 22030-2514
>(703) 385-1000 Telephone
>(703) 385-1555 Facsimile
>hbardot@mbbtklaw.com
>kschmidt@mbbtklaw.com
>*Counsel for Defendant*

>_____/__S_/_____
>Mary Ann Kelly, Esq. VSB #32786
>The Law Office of Mary Ann Kelly
>3977 Chain Bridge Road, Suite 300
>Fairfax, Virginia 22030
>Phone  (703) 865-5032
>makelly@kelly-firm.com
>
>*Counsel for Plaintiff, Denise Randles*