IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| DENISE RANDLES, </br></br> Plaintiff, </br></br> v. </br></br> TOWN OF HERNDON, </br></br> Defendant. | ) </br> ) </br> ) </br> ) </br> ) Civil Action No. 1:23cv0142 (AJT/JFA) </br> ) </br> ) </br> ) </br> ) |

### ORDER

For the reasons discussed with counsel, it is hereby

ORDERED that all action in this case is stayed and the jury trial scheduled to begin on October 16, 2023, is cancelled. A status conference will be held before the undersigned on November 3, 2023, at 10:00 a.m. The status conference will be cancelled if a stipulated order of dismissal is filed by November 2, 2023.

Entered this 13th day of October, 2023.

/s/
John F. Anderson
United States Magistrate Judge
John F. Anderson
United States Magistrate Judge

Alexandria, Virginia