IN IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| DENISE RANDLES ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 1:23cv00142 (AJT/JFA) |
| ) | |
| THE TOWN OF HERDON ) | |
| ) | |
| Defendant. ) | |
| ) | |

**JOINT STIPULATION OF DISMISSAL**

IT IS HEREBY STIPULATED AND AGREED by and between the parties that the above-captioned action is voluntarily dismissed, with prejudice, pursuant to Federal Rule of Civil Procedure 4l(a)(1)(A)(ii), with the parties each to bear their own costs and attorney's fees.

IT IS SO ORDERED.

Date: _____          _____
                                      The Hon. Anthony J. Trenga
                                      United States District Court Judge

| | |
|---|---|
| November 27, 2023 | Respectfully submitted, |

/S/ CARLA D. BROWN
Carla D. Brown, VSB #44803
CHARLSON BREDEHOFT COHEN
 BROWN & NADELHAFT, P.C.
11260 Roger Bacon Drive, Suite 20
Reston, Virginia 20190
(703) 318-6800 Telephone
cbrown@cbcblaw.com

Mary Ann Kelly, VSB #32786
THE LAW OFFICE OF MARY ANN KELLY
3977 Chain Bridge Road, Suite 300
Fairfax, Virginia 22030
Phone  (703) 865-5032
makelly@kelly-firm.com

*Counsel for Plaintiff, Denise Randles*


HEATHER K. BARDOT
Heather K. Bardot, VSB # 37269
Anna G. Zick, VAB # 86057
McGAVIN, BOYCE, BARDOT
 THORSEN & KATZ, P.C.
9990 Fairfax Boulevard, Suite 400
Fairfax, Virginia 22030-2514
(703) 385-1000 Telephone
(703) 385-1555 Facsimile
hbardot@mbbtklaw.com
azick@mbbtklaw.com
*Counsel for Defendant*

2

**CERTIFICATE OF SERVICE**

      I hereby certify on the 27th day of November, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send a notification of such filing to the following:

      Heather K. Bardot, Esq.
      Anna G. Zick, Esq.
      McGAVIN, BOYCE, BARDOT
      THORSEN & KATZ, P.C.
      9990 Fairfax Boulevard, Suite 400
      Fairfax, Virginia 22030-2514
      (703) 385-1000 Telephone
      (703) 385-1555 Facsimile
      hbardot@mbbtklaw.com
      azick@mbbtklaw.com
      *Counsel for Defendant*

      */S/ CARLA D. BROWN*
      Carla D. Brown, VSB #44803
      CHARLSON BREDEHOFT COHEN
       BROWN & NADELHAFT, P.C.
      11260 Roger Bacon Drive, Suite 20
      Reston, Virginia 20190
      (703) 318-6800 Telephone
      cbrown@cbcblaw.com
      *Counsel for Plaintiff, Denise Randles*